ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| FedQuest Solutions Inc. | ) ASBCA Nos. 64002, 64003, 64004 |
| | )            64005, 64006 |
| | ) |
| Under Contract No. W912HP-17-F-6001 | ) |

APPEARANCE FOR THE APPELLANT:       Marina A. Smith, Esq.
                    Robbins Law Group, PLLC
                    Arlington, VA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                    Engineer Chief Trial Attorney
                  Brian P. Nutter, Esq.
                    Engineer Trial Attorney
                    U.S. Army Engineer District, Charleston

## ORDER OF DISMISSAL

ASBCA Nos. 64002, 64003, 64004, 64005, and 64006 have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice. ASBCA No. 64001 remains on the Board's docket.

Dated: December 6, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 64002, 64003, 64004, 64005, 64006, Appeals of FedQuest Solutions Inc., rendered in conformance with the Board's Charter.

Dated:  December 6, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals